

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0160-11

**OCTAVE DWAYNE DIES, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON REHEARING OF APPELLANT'S
## PETITION FOR DISCRETIONARY REVIEW
## FROM THE NINTH COURT OF APPEALS
## JEFFERSON COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of theft and was sentenced to confinement for two years in a state jail facility. The Court of Appeals affirmed the conviction. *Dies v. State*, (Tex. App. — Beaumont, No. 09-10-00158-CR, delivered December 22, 2010). Appellant's petition for discretionary review was dismissed as untimely filed on March 2, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition

so that it will be considered by this Court.  Appellant's motion for rehearing is granted.

His <u>original</u> petition filed on February 2, 2011, is reinstated as of April 13, 2011, and will

be considered in accord with Tex.R.App.P. 68.

Delivered April 13, 2011
Do not publish